**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TIFFANY JADE SMITH**<br><br>           **Plaintiff,**<br><br>**v.**<br><br>**ANNAPOLIS JUNCTION RAIL SOLUTIONS, LLC,** *et al.*<br><br>           **Defendants.** | **Civil Action No. 1:16-cv-968** |

**STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANTS ANNAPOLIS JUNCTION RAIL SOLUTIONS, L.L.C. AND NORTH AMERICAN RAIL SOLUTIONS, L.L.C ONLY**

It is hereby stipulated by and between the parties to this action through their designated counsel that the claims against Defendants Annapolis Junction Rail Solutions, L.L.C. and North American Rail Solutions, L.L.C., as set forth in the above captioned action, be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties are each to bear their own attorneys' fees and costs beyond those addressed in the Parties' written settlement agreement.

Dated: July 19, 2017

Respectfully submitted,

          /s/
Emmett F. McGee, Jr. (Bar No. 08462)
Keith D. Hudolin (Bar No. 13688)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
410.415.2000 (T)
410.415.2001 (F)
emmett.mcgee@jacksonlewis.com
keith.hudolin@jacksonlewis.com

James A. McKenna (admitted *pro hac vice*)
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
312.803.2515 (T)
312.787.4995 (F)
mckennaj@jacksonlewis.com

*Counsel for Defendants Annapolis Junction Rail Solutions, LLC and North American Rail Solutions, LLC*

| | |
|---|---|
| /s/<br>Archis A. Parasharami (Bar No. 13931)<br>E. Brantley Webb (admitted *pro hac vice*)<br>Evan Mark Tager (admitted *pro hac vice*)<br>Mayer Brown LLP<br>1999 K Street N.W.<br>Washington, D.C. 20016<br>Tel: (202) 263-3328<br>Fax: (202) 263-5328<br>aparasharami@mayerbrown.com<br>bwebb@mayerbrown.com<br>etager@mayerbrown.com<br><br>Lori Zahalka<br>Mayer Brown LLP<br>71 S. Wacker Dr.<br>Chicago, Illinois 60606<br>(312) 701-7921 (Tel.)<br>(312) 706-8637 (Fax)<br>lzahalka@mayerbrown.com | Amy E. Askew (Bar No. 26709)<br>Steven A. Book (Bar No. 29951)<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202<br>Tel: (410) 752-6030<br>Fax: (410) 361-8219<br>aaskew@kg-law.com<br>sbook@kg-law.com<br><br>*Counsel for Defendant CSX Transportation, Inc.* |
| /s/<br>Anthony R. Pecora (admitted *pro hac vice*)<br>Matthew A. Dooley (admitted *pro hac vice*)<br>O'Toole McLaughlin Dooley & Pecora Co. LPA<br>5455 Detroit Road<br>Sheffield Village, Ohio 44054<br>(440) 930-4001 (Tel.)<br>(440) 934-7208 (Fax)<br>apecora@omdplaw.com<br>mdooley@omdplaw.com<br><br>Leonard Anthony Bennett (admitted *pro hac vice*)<br>Craig C. Marchiando (admitted *pro hac vice*)<br>Consumer Litigation Associates P.C.<br>763 J. Clyde Morris Blvd., Ste. 1A<br>Newport News, Virginia 23606<br>(757) 930-3660 (Tel.)<br>(703) 596-4555 (Fax)<br>craig@clalegal.com<br>lenbennett@clalegal.com | E. David Hoskins (Bar No. 06705)<br>Steven B. Isbister (Bar No. 14123)<br>The Law Offices of E. David Hoskins, LLC<br>16 East Lombard Street, Suite 400<br>Baltimore, Maryland 21202<br>(410) 662-6500 (Tel.)<br>davidhoskins@hoskinslaw.com<br>stevenisbister@hoskinslaw.com<br><br>John C. Bazaz (admitted *pro hac vice*)<br>Law Offices of John C. Bazaz<br>4000 Legato Road, Suite 1100<br>Fairfax, Virginia 22033<br>Tel: (703) 272-8755<br>Fax: (703) 596-4555<br>jbazaz@bazazlaw.com<br><br>*Counsel for Plaintiff Tiffany Jade Smith* |